UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

LYDIA MARIE MONSOUR,

    Plaintiff,

vs.

BRINKER FLORIDA, INC., d/b/a
CHILI'S and BRINKER
INTERNATIONAL PAYROLL
COMPANY, L.P.

    Defendants.

## DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL

Defendants, BRINKER FLORIDA, INC. a Florida Profit Corporation, d/b/a CHILI'S and BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., a Foreign Limited Partnership (collectively "Defendants"), by and through their undersigned counsel and in accordance with the Federal Rules of Civil Procedure and Title 28, United States Code, §§1331, 1441, and 1446, hereby file this Notice of and Petition for Removal of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

1. On or about May 15, 2017, Plaintiff, LYDIA MARIE MONSOUR ("Plaintiff") filed a Complaint captioned "*Lydia Marie Monsour, and other similarly situated individuals v. Brinker Florida, Inc., a Florida Profit Corporation d/b/a Chili's, and Brinker International Payroll Company, L.P., a Foreign Limited Partnership.*" (the "Circuit Court Case").

The Circuit Court Case was assigned Case No. 2017-CA-011472. A true and correct copy of the Complaint filed in the Circuit Court Case, along with copies of all other process, pleadings, and orders served upon Defendants, *see* 28 U.S.C. § 1446(a), are being filed simultaneously herewith.

2. Defendant, Brinker International Payroll Company, L.P. was served with the Complaint on or about May 19, 2017. Defendant, Brinker Florida, Inc. was served with the Complaint on or about May 22, 2017. As such, this Notice has been filed within thirty (30) days after service of the Complaint and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

3. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice of the removal to all adverse parties in this action and filed a copy of this Notice in the Circuit Court in and for Miami-Dade County, Florida.

4. The United States District Court for the Southern District of Florida includes the judicial county in which Plaintiff filed her Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441(a).

5. The Complaint seeks relief for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA")

6. Because Plaintiff has asserted a claim under FLSA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331.

WHEREFORE, Defendants, BRINKER FLORIDA, INC., a Florida Profit Corporation, d/b/a CHILI'S; and BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., a Foreign Limited Partnership, respectfully remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

DATED this 15th day of June, 2017.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: *[signature]*
Tasos C. Paindiris
Florida Bar No. 0041806
tasos.paindiris@jacksonlewis.com

Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and a copy was furnished via e-mail and U.S. Mail on all counsel or parties of record on the Service List below.

*[signature]*
Amanda A. Simpson

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
E-mail: agp@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC.
44 West Flagler Street
Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Attorneys for Plaintiff

4819-0423-1242, v. 1